# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **AUSTIN DAHLQUIST,** Defendant. | VIOLATION: FATP000M  Location Code: M6H  ORDER |

Pursuant to the Defendant's Motion to Change Venue, and with good cause shown, IT IS HEREBY ORDERED that the Defendant's Motion to Change Venue is GRANTED. This case will be transferred to the Billings Division of the District of Montana.

DATED this 22nd day of January, 2019.

_____
John Johnston
United States Magistrate Judge